IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Hartford Life and Accident Insurance Company, | |
| Plaintiff, | Case No. 3:13-cv-101 |
| -vs- | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| Ronald Rogers, Harvey M. Spear, and Ruth A. Spear, | |
| Defendants. | |

The undersigned received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Hartford be dismissed from the case and be released from liability, and the interpleader defendants be enjoined from instituting any action against Hartford regarding the accidental-death coverage under the insurance policy.[1] The magistrate judge further recommended that Hartford be awarded $5,546.04 in attorneys' fees and costs payable from the funds deposited into the registry of the court.[2] The Court has not received any objections to the Report and Recommendation.

The undersigned has reviewed the Report and Recommendation, along with the entire file, and finds that the magistrate judge's analysis is correct. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Hartford is dismissed from the case and released from liability, and the interpleader defendants are hereby enjoined from instituting any action against

---

[1] Doc. #35.

[2] Id.

Hartford regarding the accidental-death coverage under the insurance policy.[3] Hartford is awarded $5,546.04 in attorneys' fees and costs payable from the funds deposited into the registry of the court.

**IT IS SO ORDERED.**

Dated this 3rd day of October, 2014.

> */s/ Ralph R. Erickson*
> Ralph R. Erickson, Chief Judge
> United States District Court

---

[3] Doc. #35.