IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Hartford Life and Accident Insurance Company,<br><br>                   Plaintiff,<br><br>                   -vs-<br><br>Ronald Rogers, Harvey M. Spear, and Ruth A. Spear,<br><br>                   Defendants. | Case No. 3:13-cv-101<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The undersigned received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Harvey M. Spear and Ruth A. Spear's motion for judgment on the pleadings be granted.[1] The Court did not received any objections to the Report and Recommendation.

The undersigned has reviewed the Report and Recommendation, along with the entire file, and finds that the magistrate judge's analysis is correct. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, the Spears' motion for judgment on the pleadings is **GRANTED**.[2] The Clerk is directed to enter judgment in favor of the Spears for the amount of the proceeds of the accidental death and dismemberment insurance policy.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 12th day of November, 2014.

                                                */s/ Ralph R. Erickson*
                                              Ralph R. Erickson, Chief Judge
                                              United States District Court

---

[1] Doc. #39.

[2] Doc. #33.